IN THE UNITED STATES COURT OF FEDERAL CLAIMS

STERLING SERVICES, INC., )
)
Plaintiff, )
)
v. ) No. 05-587C
) (Judge Francis M. Allegra)
)
UNITED STATES, )
)
Defendant. )

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of ANDREW P. AVERBACH as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

ANDREW P. AVERBACH
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
1100 L Street, N.W.
Washington, D.C. 20530

Attention: Classification Unit
8th Floor

s/Andrew P.Averbach
ANDREW P. AVERBACH
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Telephone: (202) 353-0527
Facsimile: (202) 514-7969

Dated: June 28, 2005

CERTIFICATE OF FILING

I hereby certify that on June 28, 2005, a copy of foregoing “NOTICE OF APPEARANCE was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Andrew P. Averbach