IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| STERLING SERVICES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 05-587C |
| v. | ) | (Judge Allegra) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rules 6(b) and 6.1 of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests a 45-day enlargement of time, to and including September 15, 2005, within which to file a response to the complaint filed by plaintiff, Sterling Services, Inc. Our response is currently due on August 1, 2005. This is our first request for an enlargement of time for this purpose. Plaintiff's counsel states that plaintiff does not oppose this request.

The requested enlargement of time is necessary because undersigned counsel only received a litigation report (see 28 U.S.C. § 520) this week and is still awaiting additional materials from the Department of the Air Force relevant to the contract at issue and the resolution of the various claims submitted upon behalf of Sterling Services, Inc. Once all available records are located, we will need time to coordinate our response with the agency.

For the foregoing reasons, we respectfully request that the Court grant our unopposed motion to enlarge the time within which we may respond to the plaintiff's complaint by 45 days, to and

including September 15, 2005.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Franklin E. White, Jr.
FRANKLIN E. WHITE, JR.
Assistant Director

s/ Andrew P. Averbach
ANDREW P. AVERBACH
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, DC 20530
Tel. (202) 353-0527
Fax. (202) 305-2118

July 21, 2005

Attorneys for Defendant