# In The United States Court of Federal Claims

No. 05-587C

(Filed: August 2, 2005)

STERLING SERVICES, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On July 21, 2005, defendant filed an unopposed motion for an enlargement of time in which to respond to the complaint. That motion is hereby **GRANTED, in part**. On or before **September 30, 2005**, defendant shall respond to plaintiff's complaint. **No further enlargements of this deadline will be granted for any reason.**

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge