IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| STERLING SERVICES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 05-587C |
| v. | ) | (Judge Allegra) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT PRELIMINARY STATUS REPORT**

Pursuant to Appendix A of the Rules of the United States Court of Federal Claims ("RCFC"), plaintiff and defendant respectfully submit the following joint preliminary status report:

a. Jurisdiction

Plaintiff states that the Court has jurisdiction to consider and decide this action pursuant to 28 U.S.C. § 1491. Defendant is not aware of a basis upon which to challenge the Court's jurisdiction at this time.

b. Consolidation

The parties agree that this case should not be consolidated with any other case.

c. Bifurcation

The parties agree that trial of liability and damages should not be bifurcated.

d. Deferral

The parties agree that further proceedings in this case should not be deferred pending consideration of another case before this Court or any other tribunal.

e. Remand/Suspension

The parties agree that no remand or suspension will be sought.

f. Joinder

The parties agree that no additional parties will be joined.

g. Dispositive Motions

After discovery has been completed, the parties may submit cross-motions for summary judgment pursuant to RCFC 56.

h. Relevant Issues

1. Whether, in soliciting bids for the contract at issue, the Air Force acted negligently by failing to provide reasonably accurate estimates of its demand for wash services.

2. Assuming that the Air Force's estimates were negligently prepared, whether and to what extent Sterling relied upon these estimates to its detriment in preparing its bid.

3. Whether the Air Force properly disallowed payment for and provided documentation with respect to services that it deemed inadequate.

4. Whether the Air Force required Sterling to perform towing services that were not included in the contract.

5. Whether, in issuing modification 06 to the contract, the Air Force properly exercised its option to extend services.

i. Settlement

The parties anticipate pursuing settlement negotiations on an informal basis as the litigation progresses.

j. Trial

As stated above, after discovery has been completed, the parties may submit cross-motions for summary judgment pursuant to RCFC 56. If dispositive motions are not submitted, or if they are not completely dispositive of this action, the parties anticipate proceeding to trial. The parties do not request expedited trial scheduling.

k. Electronic Case Management

Parties have no special issue regarding electronic case management needs.

l. Additional Information

The Plaintiff submitted a total of nine (9) claims to the contracting officer for a final decision. The contracting officer issued a final decision on the five (5) claims identified in this complaint. The parties are trying to negotiate the other four (4) claims; however, if negotiations are unsuccessful, the Plaintiff may have to amend this complaint to resolve all of the claims on the contract.

m. Proposed Discovery Plan

The parties intend to conduct simultaneous discovery through interrogatories, requests for admission, requests for production of documents, and depositions. The parties propose the following discovery schedule:

| | |
|---|---|
| Exchange of Initial Disclosures | January 1, 2006 |
| Close of Fact Discovery | June 1, 2006 |

| | |
|---|---|
| Plaintiff's Expert Report Due | July 20, 2006 |
| Defendant's Expert Report Due | August 20, 2006 |
| Deadline for Expert Depositions | September 30, 2006 |

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Franklin E. White, Jr.
FRANKLIN E. WHITE, JR.
Assistant Director

s/ Andrew P. Averbach
ANDREW P. AVERBACH
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit, 8th Floor
Washington, DC 20530
Tel. (202) 353-0527
Fax (202) 305-2118

Attorneys for Defendant

s/William A. Scott
Pedersen & Scott, P.C.
775 St. Andrew Blvd.
Charleston, SC 29407
Tel. (843) 556-5656
Fax (843) 556-5635

Attorneys for Plaintiff

November 18, 2005