# In The United States Court of Federal Claims

No. 05-587C

(Filed: January 9, 2006)

STERLING SERVICES, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

A telephonic preliminary status conference that was originally scheduled Monday, January 9, 2006, has been rescheduled for Thursday, January 12, 2006, at 2:30 p.m. (EST). Chambers will contact the parties shortly before the scheduled conference time.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge