# In The United States Court of Federal Claims

No. 05-587C

(Filed: January 13, 2006)

STERLING SERVICES, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

A telephonic preliminary status conference was held in this case on Thursday, January 12, 2006. Participating in the conference were William A. Scott, on behalf of plaintiff, and Andrew P. Averbach, on behalf of defendant. As discussed at that conference, and agreed upon by the parties:

1. On or before April 3, 2006, plaintiff shall, if necessary, move to amend its complaint to incorporate counts based upon the pending administrative claims discussed in the joint preliminary status conference.

2. On or before October 2, 2006, the parties shall complete all discovery.

3. On or before October 16, 2006, the parties shall file a joint status report, indicating how this case should proceed, including a proposed schedule, if appropriate, for any dispositive motions.

**IT IS SO ORDERED.**

s/Francis M. Allegra
Francis M. Allegra
Judge