IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| STERLING SERVICES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 05-587C |
| v. | ) | (Judge Allegra) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF"S UNOPPOSED MOTION**
**FOR ENLARGEMENT OF TIME TO MOVE TO AMEND COMPLAINT**

Pursuant to Rule 6(b)(1) of the Rules of the United States Court of Federal Claims ("RCFC"), the Plaintiff, Sterling Services, Inc. (Sterling) respectfully requests a 30 day enlargement of time to, and including, May 3, 2006 to move to amend the complaint to include pending administrative claims. The Scheduling Order dated January 13, 2006 set the date for the Plaintiff to move to amend the complaint to April 3, 2006. The parties have entered into settlement discussions, and the enlargement of time is requested to allow the parties additional time to discuss settlement. This is the first enlargement of time requested by the Plaintiff, and it does not affect the other dates set forth in the Scheduling Order. Defendant's counsel does not oppose this request.

For the foregoing reasons, the Plaintiff respectfully requests that the Court grant this unopposed motion to enlarge the time to file a motion to amend the complaint to May 3, 2006.

Respectfully submitted,

**PEDERSEN & SCOTT, P.C.**

S/William A. Scott
William A. Scott
775 St. Andrews Blvd.
Charleston, South Carolina 29407
(843) 556-5656

Dated this 31st day of March, 2006.