IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| STERLING SERVICES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 05-587C |
| vs. | ) | (Judge Allegra) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

MOTION FOR SUBSTITUTION OF COUNSEL

With the consent of Plaintiff Sterling Services, Inc. and Defendant, the United States, Department of the Air Force, by Counsel, the law firms of Pedersen & Scott, P.C. and Nelson Mullins Riley & Scarborough, LLP hereby move the Court for an Order allowing the substitution of Nelson Mullins Riley & Scarborough, LLP (through the undersigned attorney) as counsel of record for Plaintiff Sterling Services, Inc.

Respectfully submitted this the 3rd day of May, 2006,

NELSON MULLINS RILEY & SCARBOROUGH, LLP

s/ William H. Gammon
William H. Gammon
4140 Parklake Avenue, Suite 200
Post Office Box 30519 (27622-0519)
Raleigh, North Carolina 27612
Tel. (919) 877-3809
Fax (919) 877-3142
bill.gammon@nelsonmullins.com
*Attorney for Plaintiff*