IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| STERLING SERVICES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 05-587C |
| vs. | ) | (Judge Allegra) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

NOTICE

Please take notice that Plaintiff will not move to amend its complaint to incorporate additional counts based upon the pending administrative claims that had been discussed in the joint preliminary status conference and that were the subject of Paragraph 1 of the Court's Order of January 13, 2006. Those claims are unrelated and involve different contract methodology to the claims before this Court. The deemed denial of those unrelated claims will be appealed to the Armed Services Board of Contract Appeals.

Respectfully submitted this the 3rd day of May, 2006,

NELSON MULLINS RILEY & SCARBOROUGH, LLP

s/ William H. Gammon
William H. Gammon
4140 Parklake Avenue, Suite 200
Post Office Box 30519 (27622-0519)
Raleigh, North Carolina 27612
Tel. (919) 877-3809
Fax (919) 877-3142
bill.gammon@nelsonmullins.com
*Attorney for Plaintiff*