# In The United States Court of Federal Claims

No. 05-587C

(Filed: September 7, 2006)

STERLING SERVICES, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On September 1, 2006, plaintiff filed an unopposed motion to transfer this dispute to the Armed Services Board of Contract Appeals. Pursuant to 41 U.S.C.A. § 609(d) of the Contract Disputes Act, that motion is hereby **GRANTED.** The Clerk is directed to effectuate the transfer.

**IT IS SO ORDERED.**

s/Francis M. Allegra
Francis M. Allegra
Judge